Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOLANDA VALENCIA GONZALEZ,<br><br>Plaintiff,<br><br>-against-<br><br>BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., AND RECTOR OF TRINITY CHURCH,<br><br>Defendants. | Case No.:<br>08-CV-2729 (AKH)<br><br><br><br>**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF HUDSON TOWERS HOUSING CO., INC.** |

**PLEASE TAKE NOTICE THAT** defendant, HUDSON TOWERS HOUSING CO., INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of In Re: World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH). HUDSON TOWERS HOUSING CO., INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**WHEREFORE**, HUDSON TOWERS HOUSING CO., INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      May 3, 2008

                                        Yours, etc.,

                                        **HARRIS BEACH PLLC**

                                        _____/s/_____
                                        Brian A. Bender, Esq. (BAB-0218)
                                        *Attorneys for Defendant*
                                        *HUDSON TOWERS HOUSING CO., INC.*
                                        100 Wall Street
                                        New York, New York 10005
                                        (212) 687-0100

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOLANDA VALENCIA GONZALEZ,<br><br>            Plaintiff,<br><br>-against-<br><br>BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., AND RECTOR OF TRINITY CHURCH,<br><br>            Defendants. | Case No.:<br>08-CV-2729 (AKH)<br><br><br><br>**CERTIFICATE OF SERVICE** |

  The undersigned certifies that on May 3, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

  1. Notice of Adoption of Answer to Master Complaint of Hudson Towers Housing Co., Inc.

Dated: New York, New York
    May 3, 2008

                     /s/
                   Brian A. Bender

276925.1

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOLANDA VALENCIA GONZALEZ,<br><br>                              Plaintiff,<br><br>-against-<br><br>BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., AND RECTOR OF TRINITY CHURCH,<br><br>                              Defendants. | Case No.:<br>08-CV-2729 (AKH) |

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF HUDSON TOWERS HOUSING CO., INC.**

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*
100 Wall Street
New York, New York 10005
(212) 687-0100